IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAINGEAN TECHNOLOGIES LTD., §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>T-MOBILE USA, INC., §<br>§<br>*Defendant*, §<br>§ | CIVIL ACTION NO. 2:23-CV-00347-JRG-RSP |

# ORDER

Defendant T-Mobile USA, Inc ("Defendant") previously filed a Motion for Summary Judgment Regarding Daingean's Use of Licensed Android Handsets in its Infringement and Damages Theories (Dkt. No. 264.) And Plaintiff Daingean Technologies ltd. ("Plaintiff") filed a Motion for Summary Judgment on Defendants' License Defense Based on Certain Agreements (Dkt. No. 273).

Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 412), recommending denial of Defendant's Motion for Summary Judgment, and grant of Plaintiff's Motion. Defendant has now filed Objections (Dkt. No. 426).

After conducting a *de novo* review of the briefing on the Motions for Summary Judgment, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation and orders that Defendant's Motion for Summary Judgment (Dkt. No. 264) is **DENIED** and Plaintiff's Motion for Summary Judgment (Dkt. No. 273) is **GRANTED**.

**So ORDERED and SIGNED this 7th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE