IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAINGEAN TECHNOLOGIES LTD., <br> *Plaintiff*, <br><br> v. <br><br> T-MOBILE USA, INC., <br> *Defendant*, | § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00347-JRG-RSP |

## ORDER

Defendant T-Mobile USA, Inc., and Intervenors Nokia of America Corporation and Ericsson Inc. (collectively, "Defendants") previously filed a Motion for Summary Judgment of Non-Infringement Regarding the Non-Implemented and Never Used Interference Sensing Feature (Dkt. No. 186.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 384), recommending denial of Defendants' Motion for Summary Judgment. Defendants have now filed Objections (Dkt. No. 391), with Daingean filing a Response (Dkt. No. 397.)

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment, the Report and Recommendation, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment (Dkt. No. 186) is **DENIED**.

So ORDERED and SIGNED this 7th day of July, 2025.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE