IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAINGEAN TECHNOLOGIES LTD., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> T-MOBILE USA, INC., § <br> § <br> *Defendant*, § <br> § | CIVIL ACTION NO. 2:23-CV-00347-JRG-RSP |

**ORDER**

Plaintiff Daingean Technologies Ltd. ("Daingean") previously filed a Motion for Summary Judgment on Marking (Dkt. No. 182.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 383), recommending grant in part of Daingean's Motion for Summary Judgment. Defendant T-Mobile USA, Inc. has now filed Objections (Dkt. No. 393), with Daingean filing a Response (Dkt. No. 399.)

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment (Dkt. No. 182) is **GRANTED-IN-PART**.

So ORDERED and SIGNED this 7th day of July, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE