

**2:23-cv-00347-JRG-RSP**
Daingean Technologies Ltd v T-Mobile USA Inc *et al*
July 9, 2025 at 8:30 AM
Trial -- Day 3

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Amir Alavi | Daingean |
| Demetrios Anaipakos | |
| Mike Heim | |
| Eric Enger | |
| Scott Clark | |
| Blaine Larson | |
| Andrea Fair | |
| Deron Dacus | Def/Intervenor |
| Nich Mathews | |
| Warren Lipschitz | |
| Jennifer Truelove | |
| Alex Chern | Defendant-Intervenors |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Gerald Padian | Daingean |
| Max Caldwell | T-Mobile |
| Sebastian Fuxr | Ericsson |
| Dhiren Patel | Nokia |