IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DAINGEAN TECHNOLOGIES LTD.** § | |
| § | |
| v. § | Case No.  2:23-cv-00347-JRG-RSP |
| § | |
| **T-MOBILE USA, INC.,** *et al* § | |

MINUTES FOR JURY TRIAL DAY NO. 4
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
July 10, 2025

**OPEN:  08:31 AM**                                                                    **ADJOURN:   04:20 PM**

ATTORNEYS FOR PLAINTIFF:          See attached

ATTORNEYS FOR DEFENDANT:       See attached

ATTORNEYS FOR INTERVENORS:   See attached

LAW CLERKS:                                    Danielle Zapata
                                                         Braden Anderson
                                                         Nathan Gershengorin

COURT REPORTER:                           Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                   Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:31 AM | Court opened. |
| 08:31 AM | Exhibits used prior day read into the record. |
| 08:33 AM | Jury entered the courtroom. |
| 08:34 AM | Continuation Defendants' case-in-chief: |
| 08:34 AM | Cross examination of Ms. Melissa Bennis by Ms. Fair. |
| 08:57 AM | Bench conference. |
| 08:58 AM | Bench conference concluded. |
| 08:58 AM | Continuation cross examination of Ms. Melissa Bennis by Ms. Fair. |
| 09:09 AM | Redirect examination of Ms. Melissa Bennis by Ms. Truelove. |
| 09:17 AM | Bench conference. |
| 09:20 AM | Bench conference concluded. |
| 09:20 AM | Continuation redirect examination of Ms. Melissa Bennis by Ms. Truelove. |
| 09:21 AM | Recross examination of Ms. Melissa Bennis by Ms. Fair. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:23 AM | Completion of testimony of Ms. Melissa Bennis. |
| 09:23 AM | Defendants rested their case-in-chief. |
| 09:23 AM | Plaintiff's rebuttal case: |
| 09:24 AM | Witness sworn. |
| 09:24 AM | Direct examination of rebuttal witness Dr. Karthik Sundaresan by Mr. Enger. |
| 09:47 AM | Cross examination of rebuttal witness Dr. Karthik Sundaresan by Mr. Budwin. |
| 10:22 AM | Completion of rebuttal testimony of Dr. Karthik Sundaresan. |
| 10:22 AM | Plaintiff rested its rebuttal case. |
| 10:22 AM | Both sides rested. |
| 10:22 AM | Court provided instructions to the Jury. |
| 10:24 AM | Jury excused for the reminder of the day to return tomorrow at 8:00 AM. |
| 10:25 AM | Court will take up Rule 50(a) motions following recess. |
| 10:28 AM | Recess. |
| 10:45 AM | Court reconvened. |
| 10:45 AM | Court took up Rule 50(a) motions. |
| 10:46 AM | Court provided instruction to the parties re: hearing on Rule 50(a) motions. |
| 10:50 AM | Court began hearing argument on Rule 50(a) motions. |
| 11:36 AM | Argument concluded. |
| 11:36 AM | Court made rulings as set forth in the record. |
| 11:40 AM | Completion of hearing re: Rule 50(a) motions. |
| 11:40 AM | Court to recess and reconvene at 12:30 PM to conduct informal charge conference (off the record) in chambers. |
| 11:41 AM | Recess. |
| 04:00 PM | Court reconvened. |
| 04:02 PM | Court provided instructions. |
| 04:03 PM | Formal charge conference started. |
| 04:19 PM | Formal charge conference completed. |
| 04:20 PM | Court adjourned. |